FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
27851
30-MAR-2011
08:32 AM**

NOS. 27851 and 28049

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


NO. 27851
ROSEMARIE A. JAYLO, Plaintiff-Appellee, v.
ALDO M. JAYLO, Defendant-Appellant

and

NO. 28049
ROSEMARIE AGUIRRE JAYLO, Plaintiff-Appellant, v.
ALDO MACAPAL JAYLO, Defendant-Appellee


APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D No. 96-1929)

ORDER OF AMENDMENT
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

The Opinion, entered on February 8, 2011, is hereby amended as follows:

1. On page 1, in the caption under No. 28049, Defendant-Appellee should be "ALDO" not "ADLO" so as corrected, the caption reads: "ALDO MACAPAL JAYLO, Defendant-Appellee".

2. On page 30, footnote 30, last sentence, the word "support" should be inserted after "his or her" so as corrected, the sentence reads: "Thus, the failure of an adult child to pursue reasonable avenues to contribute to his or her support may be considered in determining a parent's support obligation."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, March 30, 2011.

Presiding Judge

Associate Judge

Associate Judge